# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 15, 2020

**BY ECF**
Honorable J. Paul Oetkin
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Sherman Jules*,
      **18 Cr. 519 (JPO)**

Honorable Judge Oetkin:

With the consent of the Government, I write on behalf of Mr. Sherman Jules to request that the sentencing hearing currently scheduled in the above-captioned matter for May 1, 2020 at 11:00 A.M. be adjourned for at least 60 days to allow for the current coronavirus pandemic to subside.

I have discussed this matter with Assistant United States Attorney Emily Johnson who consents on behalf of the Government.

Thank you for considering this request.

Respectfully submitted,

/s/
Christopher Flood, Esq.
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8734

Granted.  Sentencing in this matter is hereby adjourned to July 1, 2020, at 11:00 am.
 So ordered.
 April 15, 2020

J. PAUL OETKEN
United States District Judge