

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2020

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Sherman Jules*, 18 Cr. 519 (JPO)

Dear Judge Oetken:

Due to the ongoing public health crisis, the Court previously adjourned the sentencing scheduled in the above-captioned matter for May 1, 2020, until July 1, 2020.  For the same reason, the Government requests an additional adjournment of approximately six weeks.

I have conferred with defense counsel, Christopher Flood, who consents to the adjournment request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Emily A. Johnson
Assistant United States Attorney
(212) 637-2409

---

Granted.
Sentencing is hereby adjourned to August 18, 2020, at 11:00 A.M.
 So ordered.
 June 25, 2020

_____
J. PAUL OETKEN
United States District Judge