**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 12, 2020

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Sherman Jules*, 18 Cr. 519-3 (JPO)

Honorable Judge Oetken:

I write with the consent of the Government on behalf of Mr. Sherman Jules to respectfully request that the sentencing hearing in the above-captioned matter, currently scheduled for Tuesday, August 18, 2020 at 11 A.M. be adjourned to Thursday, September 17, 2020 at 2 P.M.

This adjournment is requested to allow the parties to complete sentencing memoranda and submissions for the Court, and for the defense to sufficiently review the Presentence Investigation Report with Mr. Jules.

Thank you for your consideration of this request.

Granted. Sentencing is hereby adjourned to September 17, 2020, at 2:00 p.m. and will be held telephonically. Counsel are directed to call 888-557-8511 at the scheduled time. The access code is 9300838. Members of the pubic may access the conference via the same number but are directed to place their phones on mute. Defendant's sentencing submission is due September 3, 2020, and the government's sentencing submission is due September 10, 2020.
  So ordered:  8/13/20

Respectfully Submitted,

/s/

Christopher A. Flood
Assistant Federal Defender
(212) 417-8734

J. PAUL OETKEN
United States District Judge

1