UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SHERMAN JULES,

Defendant.

18-CR-519 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The defendant's application for early termination of his supervised release is denied.

The Clerk of Court is directed to close the motion at Docket Number 122 and to mail a copy of this order to Defendant.

SO ORDERED.

Dated: April 13, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge